IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
Judge R. Brooke Jackson

Civil Action No 13-cv-01983-RBJ

MAGPUL INDUSTRIES, CORP.,

    Plaintiff,

v.

BROOKSHIRE TOOL AND MFG. COMPANY, INC., d/b/a ProMag Industries,

    Defendant.

## ORDER SETTING TRIAL AND TRIAL PREPARATION CONFERENCE

This matter has been scheduled for a **five day jury trial** on the docket of Judge R. Brooke Jackson in the U.S. District Courthouse, Courtroom A902, 9th Floor, 901 19th Street, Denver, Colorado, to commence on **March 30, 2015 at 9:00 a.m.**

A Trial Preparation Conference is set for **March 19, 2015 at 1:30 p.m.** Counsel who will try the case shall attend in person.

During the Trial Preparation Conference the parties should be prepared to address: jury instructions, jury selections, witnesses and evidence, anticipated evidentiary issues, stipulations as to fact, and any other issue affecting the duration or course of the trial.  Proposed jury instructions should be emailed to Jackson_chambers@cod.uscourts.gov at least 48 hours in advance of the Trial Preparation Conference.

A Markman hearing is scheduled for **September 29, 2014 at 9:00 a.m.** for a full-day.

For additional information, please review my practice standards located at

http://www.cod.uscourts.gov/JudicialOfficers/ActiveArticleIIIJudges/HonRBrookeJackson.aspx.

DATED this 27th day of January, 2014.

BY THE COURT:

_____

R. Brooke Jackson
United States District Judge